08 CV 5342

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. Mishan & Sons, Inc.,
                                    Plaintiff,

          -v-                                          Case No. _____

Commercial Bargains, Inc. and Does                     **Rule 7.1 Statement**
                                    Defendant

RECEIVED
JUN 11 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

E. Mishan & Sons, Inc.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: June 11, 2008

Signature of Attorney

Attorney Bar Code: AN1306

Form Rule7_1.pdf  SDNY Web 10/2007