AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

E. Mishan & Sons, Inc.,

V.

Commercial Bargains, Inc. and Does 1-2,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5342

TO: (Name and address of Defendant)

Commercial Bargains, Inc.
820 S. Water Street (Upper)
Milwaukee, WI 53204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Angelo Notaro, Esq.
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, NY 10001-3224

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2008

CLERK [signature]

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/17/08 |
| NAME OF SERVER (PRINT) Matthew Paul Guffey | TITLE Process Administrator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Ryan Pattee as Registered Agent of Commercial Bargains, Inc. at 820 S. Water St. Milwaukee, WI.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/08
                Date                                     Signature of Server

                                              Address of Server

ATTORNEY'S PROCESS & INVESTIGATION SERVICES, INC.
205 DOTY ST SUITE 202
GREEN BAY WI 54301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 5342

Date Filed: _____

Plaintiff:
**E. Mishan & Sons, Inc.**

vs.

Defendant:
**Commercial Bargains Inc., et al**

For:
Angelo Notaro
Notaro & Michalos P.C.
1270 Broadway Suite 807
New York, NY 10001-3324

Received by API Services, Inc. on the 12th day of June, 2008 at 1:02 pm to be served on **Commercial Bargains Inc., 820 S. Water Street, Milwaukee, WI 53204.**

I, Matt Guffey, being duly sworn, depose and say that on the **17th day of June, 2008 at 1:16 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint; Civil Cover Sheet; Rule 7.1 Statement and Electronic Case Filing Rules & Instructions** with the date and hour of service endorsed thereon by me, to: **Ryan Pattee as Registered Agent** for **Commercial Bargains Inc.**, at the address of: **820 S. Water Street, Milwaukee, WI 53204**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a resident of the state in which service was completed.

Subscribed to and Sworn to before me on
the 18th day of June, 2008

_____
NOTARY PUBLIC
State of Wisconsin

My Commission Expires 2/15/2009

_____
Matt Guffey
Process Server

API Services, Inc.
205 Doty St. Ste. 202
Green Bay, WI 54301
(920) 435-8317

Our Job Serial Number: 2008001625
Ref: J137-1152

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c